# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:
_Christine Duffy Hodkins_
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## ORDER

February 24, 2017

*Before*

JOEL M. FLAUM, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

15 B 25385

| No. 16-3269 | IN RE: BURLING MANOR, LLC, Debtor - Appellee |
| --- | --- |
| | APPEAL OF: MIDWEST CRE ACQUISITIONS INC., |

| **Originating Case Information:** |
| --- |
| District Court No: 1:16-cv-03547<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall |

The following are before the court:

1. **MOTION TO DISMISS APPEAL AS MOOT**, filed on January 5, 2017, by counsel for the appellee.

2. **RESPONSE TO ASPEN-HURON LLC'S MOTION TO DISMISS APPEAL AS MOOT**, filed on January 30, 2017, by counsel for the appellant.

3. **REPLY IN SUPPORT OF MOTION TO DISMISS APPEAL AS MOOT**, filed on February 6, 2017, by counsel for the appellee.

No. 16-3269 Page 2

4. **MOTION TO WITHDRAW**, filed on February 21, 2017, by attorney James A. Karamanis, counsel for the appellant.

5. **LIMITED OBJECTION MOTION TO WITHDRAW**, filed on February 23, 2017, by counsel for the appellee.

**IT IS ORDERED** that the motion to dismiss is **GRANTED**. This appeal is **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that the motion to withdraw is **GRANTED** in part. James A. Karamanis is granted leave to withdraw as counsel for the appellant.

form name: **c7_Order_3J**(form ID: **177**)

# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

April 17, 2017

**CERTIFIED COPY**
A True Copy
Teste:

Christine Duff Hodkins
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

JOEL M. FLAUM, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 16-3269

| | |
|---|---|
| IN RE: BURLING MANOR, LLC,<br>*Debtor-Appellee.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| APPEAL OF: MIDWEST CRE ACQUISITIONS INC. | No. 1:16-cv-03547<br><br>Virgina M. Kendall,<br>*Judge.* |

**O R D E R**

    On consideration of the petition for rehearing and petition for rehearing en banc filed by the appellant in the above case on March 27, 2017, no judge in active service has requested a vote thereon, and all judges on the original panel have voted to deny the petition. The petition is therefore DENIED.

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

April 25, 2017

To:     Thomas G. Bruton
        UNITED STATES DISTRICT COURT
        Northern District of Illinois
        Chicago , IL 60604-0000

| No. 16-3269 | IN RE: BURLING MANOR, LLC, Debtor - Appellee |
| --- | --- |
| | APPEAL OF: MIDWEST CRE ACQUISITIONS INC., |
| **Originating Case Information:** | |
| District Court No: 1:16-cv-03547 Northern District of Illinois, Eastern Division District Judge Virginia M. Kendall | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:     No record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

---

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                          **Received by:**

_____                     _____

form name: **c7_Mandate**(form ID: **135**)