**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| BURLING MANOR, LLC, | ) | Case No. 15-25385 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that David R. Herzog, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 744
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on January 17, 2018 at 10:30 a.m., before the Honorable Timothy A. Barnes, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 744, Chicago, IL 60604.

Date Mailed:                                              By:  /s/   David R. Herzog
                                                                    Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1400
Chicago, IL 60602

United States Bankruptcy Court
Northern District of Illinois

In re:  
Burling Manor, LLC  
    Debtor

Case No. 15-25385-TAB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: cpatterso     Page 1 of 1     Date Rcvd: Dec 14, 2017  
                     Form ID: pdf006     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2017.
```
db              +Burling Manor, LLC,    1526 N. Hoyne Avenue,   Unit 2R,   Chicago, IL 60622-1804
24284649        +Midwest CRE Acquisitions Inc.,   c/o James A. Karamanis,   180 N. Stetson, Suite 3050,
                  Chicago, IL 60601-6718
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2017 at the address(es) listed below:
```
              David R Herzog    drhlaw@mindspring.com,
               herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
              David R Herzog    on behalf of Debtor 1   Burling Manor, LLC drhlaw@mindspring.com,
               herzogschwartz@gmail.com
              David R Herzog    on behalf of Trustee David R Herzog drhlaw@mindspring.com,
               herzogschwartz@gmail.com
              Gina B Krol, ESQ    on behalf of Debtor 1   Burling Manor, LLC gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;acartwright@cohenandkrol.com;jneiman@cohenandkrol.com
              James A Karamanis    on behalf of Creditor    Midwest CRE Acquisitions Inc. james@bkchicagolaw.com
              Joseph E Cohen    on behalf of Debtor 1   Burling Manor, LLC jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;acartwright@cohenandkrol
               .com
              Keevan D. Morgan    on behalf of Witness David   Rodriguez kmorgan@morganandbleylimited.com
              Matthew E. McClintock    on behalf of Creditor    Aspen Huron, LLC mattm@goldmclaw.com,
               teresag@restructuringshop.com;seanw@restructuringshop.com;harleyg@restructuringshop.com
              Matthew E. McClintock    on behalf of Plaintiff    Aspen Huron, LLC mattm@goldmclaw.com,
               teresag@restructuringshop.com;seanw@restructuringshop.com;harleyg@restructuringshop.com
              Matthew E. McClintock    on behalf of Trustee David R Herzog mattm@goldmclaw.com,
               teresag@restructuringshop.com;seanw@restructuringshop.com;harleyg@restructuringshop.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert Augenlicht    on behalf of Creditor Robert   Augenlicht raugenlicht@kalawchicago.com
              Sean P. Williams    on behalf of Creditor    Aspen Huron, LLC seanw@restructuringshop.com
                                                                                             TOTAL: 13
```